UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEFFREY ALLEN LININGER,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security<br><br>Defendant. | Case No. C16-5011-JCC-JPD<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, after careful consideration of Plaintiff's application to proceed *in forma pauperis* ("IFP") (Dkt. No. 1), the Report and Recommendation of the Honorable James P. Donohue (Dkt. No. 2), the governing authorities, and the balance of the record, hereby ORDERS that:

(1) The Court adopts the Report and Recommendation (Dkt. No. 2).

(2) The petitioner's IFP application (Dkt. No. 1) is DENIED.  Plaintiff is DIRECTED to pay the $400 filing fee within 30 days of this order.

(3) The Clerk is directed to send copies of this order to Plaintiff and to Judge Donohue.

//

//

//

//

ORDER
PAGE - 1

1     DATED this 2nd day of February 2016.

*[signature: John C. Coughenour]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2